UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 3:19-CR-30025-MGM |
| NICHOLAS CONKEY, Defendant | |

**<u>DEFENDANT'S SENTENCING MEMORANDUM</u>**

Defendant, Nicholas Conkey respectfully submits this sentencing memorandum in support of the recommendation of a sentence of 144 months followed by a period of five years of supervised release. He further requests that no fine be imposed, as he is unable to pay.

The government and the defendant urge the court to accept the negotiated agreed sentencing recommendation of 144 months. At 36 years of age, Mr. Conkey is a relatively young man who has struggled to find his footing in adulthood outside of the military. He enlisted in the Army straight out of high school and was deployed to the Middle East four times in his decade-long career. Mr. Conkey has revealed little about his service, but his experiences in the field of battle left him with significant mental health difficulties, including PTSD and anxiety. The transient nature of his military career and disruptive effect of his multiple deployments took its toll on Mr. Conkey's personal relationships. He struggled to maintain his committed relationships and has lost contact with his two sons. Significantly, like many veterans, Mr. Conkey never received support or treatment for his conditions while he was in active service. It is fair to say that after Mr. Conkey was released from the military prison sentence that ended his career, he returned to live with his parents in Massachusetts and found himself adrift. He participated in weekly sex offender counseling

in Greenfield while on parole from that sentence, but otherwise lacked the support he needed to establish a life in the civilian world. He floundered and found himself, again, before the court.

Mr. Conkey is looking ahead to the future. He sees that he needs to avail himself of support and resources and is planning to participate in further treatment while incarcerated. The lengthy sentence contemplated by this plea agreement is more than sufficient to allow Mr. Conkey to participate in treatment and rehabilitation programs within the BOP and the period of supervised release will ensure that he does not find himself again without resources and options.

## Conclusion

The agreed recommended sentence of 144 months is sufficient, but not greater than necessary, to effectuate the purposes of sentencing set forth in 18 U.S.C. §3553(a).

Certificate of Service
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 25, 2022.

/s/Marissa Elkins

Respectfully Submitted,
Nicholas Conkey, DEFENDANT,
By his attorney,

/s/Marissa Elkins
Marissa Elkins, Esquire,
BBO#668840
31 Trumbull Rd. Suite B
Northampton, MA 01060
melkins@elkinslawllc.com
(413) 341-2131