UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> NICHOLAS CONKEY, ) <br> ) <br> Defendant.  ) | Criminal No. 19-CR-30025-MGM <br><br> Leave to File Granted June 2, 2022 |

## DISMISSAL OF
## COUNTS ONE THROUGH FOUR OF THE INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses Counts One through Four of the Indictment charging Nicholas Conkey with distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A) and (b)(1) and receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A) and (b)(1). In support of this dismissal, the government states that, pursuant to a plea agreement, Nicholas Conkey has been sentenced following a guilty plea to Count Five of the Indictment charging him with possession of child pornography, and the dismissal is in the interests of justice.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

5/26/22
Date

By: _____
BILL ABELY
Chief, Criminal Division
AMANDA P.M. STRACHAN
Deputy Chief, Criminal Division

*/s/ Catherine G. Curley*
Catherine G. Curley
Assistant U.S. Attorney

Leave to File Granted:

_____
Mark G. Mastroianni, Judge
United States District Court